# OPINIONS NOT FULLY REPORTED.

SUÁREZ, PLAINTIFF AND APPELLEE, *v.* SUÁREZ ET AL.,
DEFENDANTS AND APPELLANTS.

## Second District Court of San Juan.

No. 3188.—Decided April 2, 1924.

MR. JUSTICE FRANCO SOTO:

Appeal from an order refusing to dismiss a complaint for abandonment. The record shows that between July, 1921, when the answer was filed, and October 11, 1923, when the motion to dismiss was filed, no action was taken in the case; but the plaintiff alleges that when the action was brought she was living in Havana; that all action had been suspended because the defendants had made propositions of compromise; that for that purpose she came to Porto Rico; that two or three days before the defendants filed their motion they had repeated their desire to compromise the suit, and that she did not know that her attorney, Luis Méndez Vaz, had retired from the case until she was notified of the motions for dismissal.

These facts justify the action of the lower court and, furthermore, its said order was not appealable.

*Appeal dismissed.*